**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Darren Jackson,

                Plaintiff,                        21 **CIVIL** 2415 (PED)

     -v-                                   **<u>JUDGMENT</u>**

Kilolo Kijakazi, *Acting Commissioner of the*
*Social Security Administration*,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 30, 2022, the Acting Commissioner's motion for judgment on the pleadings is DENIED and Plaintiff's motion is GRANTED to the extent that this case is remanded to the Acting Commissioner for further proceedings consistent with the Decision and Order.

**Dated:** New York, New York
          July 5, 2022

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                         **BY:**      *K. Mango*
                                                  _____
                                                  **Deputy Clerk**